```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RUDOLPH SCHWARTZ,                             :
                                              :
                      Plaintiff,              :
                                              :   ORDER
         v.                                   :   19-CV-7096 (WFK) (JAM)
                                              :
AMF BOWLING CENTER, INC.,                     :
                                              :
                      Defendant.              :
------------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge:**

On June 16, 2025, the Honorable Magistrate Judge Joseph A. Marutollo issued a Report and Recommendation ("R&R") recommending the Court grant Defendant's motion to dismiss the above-captioned action without prejudice. *See* ECF Nos. 46, 50. That same day, the Court scheduled a hearing for Tuesday, July 1, 2025, regarding whether to adopt the R&R. *See* ECF No. 51. The parties did not file any objections to the R&R, which were due by Monday, June 30, 2025. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). And Plaintiff did not appear at the hearing to discuss the R&R held on Tuesday, July 1, 2025.

The Court reviews an R&R for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). Having found no such error here, the Court **ADOPTS** the R&R in its entirety and **DISMISSES** the above-captioned action without prejudice.

SO ORDERED.

s/ WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: July 2, 2025
      Brooklyn, New York